**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| MURIAL KALLMAN and | : | CIVIL ACTION |
| STANLEY KALLMAN, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 13-4637 |
| | : | |
| | : | |
| CRAIG ARONCHICK, M.D., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## O R D E R

AND NOW, this  8th  day of November, 2013, upon consideration of Plaintiffs, Murial

Kallman and Stanley Kallman's ("Plaintiffs"), Motion to Remand (Doc. No. 8), Defendants,

Craig Aronchick, M.D. ("Dr. Aronchick"), Salix Pharmaceuticals, Inc., Salix Pharmaceuticals,

Ltd. ("Salix Defendants"), and InKine Pharmaceutical Company, Inc.'s ("InKine"), Response,

and Plaintiffs' Reply, it is hereby **ORDERED** that the Motion is **DENIED**.  It is further

**ORDERED** that:

1. Dr. Aronchick is **DISMISSED** from this action;

2. Dr. Aronchick's Motion to Dismiss (Doc. No. 17) is **DENIED** as moot;

3. The Clerk of Court shall **TRANSFER** this case to the District of New Jersey; and

4.  Because this case is being transferred to the District of New Jersey, Salix Defendants'

pending Motions to Dismiss (Doc. Nos. 6, 15) and InKine's pending Motions to Dismiss

(Doc. Nos. 7, 16) are **DENIED WITHOUT PREJUDICE** to be re-filed in the District of

New Jersey if the parties so desire.


BY THE COURT:


 /s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE